# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC | CIVIL ACTION |
| Plaintiff, | No. 18-cv-505 |
| vs. | |
| A PERMANENT EASEMENT OF 0.06 ACRES ± IN MOORE TOWNSHIP, NORTHAMPTON COUNTY, PENNSYLVANIA, TAX PARCEL NO. J5-3-3, et al, | |
| Defendants. | |

## ORDER

**AND NOW,** on this ___17___ day of September, 2019, upon consideration of

Plaintiff's Motion for Summary Judgment, and the Landowners' opposition and the

documents and arguments submitted in reference thereto, the Motion is hereby

**GRANTED**.

**IT IS HEREBY ORDERED** that PennEast Pipeline Company, LLC, has the

substantive right to condemn the following as set forth on Exhibit A:

Tax Parcel Number J5-3-3

    a.     A permanent right of way and easement of 0.06 acres ± for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a 36-inch diameter pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and

receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Order of the Federal Energy Regulatory Commission dated January 19, 2018, Docket No. CP15-558-000 ("FERC Order"); and conducting all other activities as approved by the FERC Order; together with all rights and benefits necessary for the full enjoyment and use of the right of way and easement. Further, Defendants shall not excavate, change the grade of or place any water impoundments or structures on the right of way and easement without the written consent of Plaintiff, nor may Defendants plant any trees, including trees considered as a growing crop, on the permanent right of way and easement; or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing; and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing. Plaintiff shall have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto; and

b.　　Permanent rights of ingress to and egress from the permanent Right of Way.

Tax Parcel Number J5-3-36A

    a.     A permanent right of way and easement of 0.05 acres ± for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a 36-inch diameter pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the FERC Order; and conducting all other activities as approved by the FERC Order; together with all rights and benefits necessary for the full enjoyment and use of the right of way and easement. Further, Defendants shall not excavate, change the grade of or place any water impoundments or structures on the right of way and easement without the written consent of Plaintiff, nor may Defendants plant any trees, including trees considered as a growing crop, on the permanent right of way and easement; or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing; and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing. Plaintiff shall have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto;

    b.     A temporary workspace easement totaling 0.03 acres ± as described on Exhibit A for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the FERC Order; and

    c.     Permanent rights of ingress to and egress from the Permanent Right of Way.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.

3

# EXHIBIT A



JS14
HE-NO-053.000

| 10 ⊏⊐ Feet | | PennEast | ✧ |
|---|---|---|---|
| Date: | 8/24/2017 | Temporary Workspace (Ac): | 0.00 |
| Line List No: | PE-NO-053.000 | Additional Temporary Workspace (Ac): | 0.00 |
| Parcel No: | 15-3-3 | Permanent Easement (Ac): | 0.06 |
| Pipeline Length (feet): | 0.00 | Limits of Disturbance (Ac): | 0.06 |

Legend
▭ Permanent Easement

# EXHIBIT A



JSCWA
PE-NO-055.000

| 10 Feet | RangFast | | |
|---|---|---|---|
| Date: | 8/24/2017 | Temporary Workspace (Ac): | 0.03 |
| Line List No: | PE-NO-055.000 | Additional Temporary Workspace (Ac): | 0.00 |
| Parcel No: | J5-3-36A | Permanent Easement (Ac): | 0.05 |
| Pipeline Length (feet): | 0.00 | Limits of Disturbance (Ac): | 0.08 |

Legend
Temporary Workspace
Permanent Easement